

FILED
NOV 16 2005

UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>PASCAL L. TWO ELK,<br><br>    Defendant. | CR 05-30121-01<br><br>REDACTED INDICTMENT<br><br>18 U.S.C. §§ 1153, 2241(c) and 2246(2)(A)<br><br>AGGRAVATED SEXUAL ABUSE OF A CHILD |

The Grand Jury charges:

## COUNT I

On or about the 16th day of October, 2005, in Todd County, in Indian Country, in the District of South Dakota, Pascal L. Two Elk, an Indian, did knowingly cause and attempt to cause, [Name Redacted] a child who had not attained the age of twelve years, to engage or attempt to engage in a sexual act, that is, contact between his penis and [Name Redacted] vulva, in violation of 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(A).

## COUNT II

On or about the 16th day of October, 2005, in Todd County, in Indian Country, in the District of South Dakota, Pascal L. Two Elk, an Indian, did knowingly cause and attempt to cause, [Name Redacted] a child who had not attained the age of twelve years, to engage or attempt to engage in a sexual act, that is, contact between his penis and [Name Redacted] anus, in violation of 18 U.S.C. §§ 1153, 2241(c) and 2246(2)(A).

A TRUE BILL

_____
Foreman

MICHELLE G. TAPKEN
United States Attorney

By _____