UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

FILED
JAN - 3 2006
[signature] CLERK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | \* | CR. 05-30121 |
| Plaintiff, | \* | |
| -vs- | \* | ORDER CONTINUING |
| | \* | BAIL REVIEW HEARING |
| PASCAL L. TWO ELK, | \* | |
| Defendant. | \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The above-captioned matter having come on for a bail review hearing on the 3rd day of January, 2006, Plaintiff, above named, appearing through counsel, Randolph J. Seiler, Assistant United States Attorney of Pierre, South Dakota, and Defendant, Pascal L. Two Elk, appearing personally and with counsel, Edward G. Albright, of Pierre, South Dakota, and based on the findings and conclusions made by the Court and the totality of the circumstances present, it is hereby

ORDERED that the bail review hearing shall be and is CONTINUED until Friday, January 6, 2006, at 1:15 p.m. It is further

ORDERED that pending the continued hearing, Defendant shall remain released under the same terms and conditions in the Temporary Order Setting Conditions of Release, Docket No. 23.

Dated this 3rd day of January, 2006, at Pierre, South Dakota.

BY THE COURT:

*/s/ Mark A. Moreno*

**MARK A. MORENO**
**UNITED STATES MAGISTRATE JUDGE**

ATTEST:
JOSEPH HAAS, CLERK
BY: */s/*
  Deputy
(SEAL)